HENRY DIETZ v. JOHN H. FRAZIER, DRAIN COMMISSIONER FOR THE TOWNSHIP OF LE ROY IN INGHAM COUNTY.

*Proceedings to lay out drains not reviewable on certiorari.*

The Supreme Court will not review proceedings to lay out drains on writ of certiorari.

Certiorari. Submitted Jan. 18. Writ quashed Feb. 27.

PROCEEDINGS by the township commissioner to lay out a drain being objected to for various defects by Frazier, who claims that his land is liable to assessment for a portion of

the expense of making such drain, are brought up by him for review in the Supreme Court.

*Huntington & Henderson* for plaintiff in certiorari.

MARSTON, J. This case is governed by *Tucker v. Parker* decided at the present term; ante p. 5.

The writ will be quashed.

GRAVES, C. J. and COOLEY, J. concurred.